IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| Todd E. Meldrum | ) | Case No. 5:21-CV-01673 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| | ) | |
| Dillard's Inc.; Wells Fargo Bank., N.A., | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | (Resolves Doc. 6) |
| | ) | |

On April 20, 2022, this Court granted a motion to compel arbitration of the claims brought in this matter. Unhappy with that decision, Plaintiff Todd Meldrum moved to alter or amend the Court's decision on May 18, 2022. The Court denied that motion on August 5, 2022. Still unhappy with the result, Meldrum moved to vacate the Court's decision on August 31, 2022. Doc. 24.

The information relied upon by Meldrum in his most recent most to vacate was available to him at the time the Court ruled on the motion to compel arbitration. As such, it is not timely presented to the Court in this motion to vacate. However, even were the Court to consider Meldrum's arguments and evidence, it would not alter the Court's prior decision. While Meldrum seeks to again attack the veracity of the evidence offered in support of the motion to compel

arbitration, none of his arguments convince the Court that arbitration is not required.  Accordingly, the motion to vacate is DENIED.

    IT IS SO ORDERED.


Dated: January 27, 2023                            /s/ *Judge John R. Adams*
                                                     JUDGE JOHN R. ADAMS
                                                     UNITED STATES DISTRICT COURT