IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| Todd E. Meldrum | ) | Case No. 5:21-CV-01673 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| | ) | |
| Dillard's Inc.; Wells Fargo Bank., N.A., | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | (Resolves Docs. 33 and 36) |
| | ) | |

On April 20, 2022, this Court granted a motion to compel arbitration of the claims brought in this matter. Unhappy with that decision, Plaintiff Todd Meldrum moved to alter or amend the Court's decision on May 18, 2022. The Court denied that motion on August 5, 2022. Still unhappy with the result, Meldrum moved to vacate the Court's decision on August 31, 2022. Doc. 24. The Court denied that motion on January 27, 2023. Doc. 29. Not to be deterred, Meldrum moved to vacate the Court's prior orders on March 22, 2023. Doc. 33.

Time and again, the Court has informed Meldrum that it committed no error when it ordered this matter to arbitration. Rather than move forward with that arbitration, Meldrum has repackaged the same arguments under different subsections of Civil 60(b) or other similar motions.

Despite Meldrum's contentions, none of the arguments presented undermine the Court's determination that the matter is subject to arbitration.  Accordingly, his most recent filings (Docs. 33 and 36) are DENIED.  Meldrum is instructed that any further motions to vacate or reconsider will be summarily denied.

       IT IS SO ORDERED.


Dated: August 2, 2023                                                    _/s/ Judge John R. Adams_
                                                                          JUDGE JOHN R. ADAMS
                                                                          UNITED STATES DISTRICT COURT